**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000029
05-FEB-2025
07:56 AM
Dkt. 10 ODSLJ**

NO. CAAP-25-0000029

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

TREVOR STEPHENS, Plaintiff-Appellee, v.
ARON DEUTSCH and EMILY WESSEL, Defendants-Appellants

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
KONA DIVISION
(CASE NO. 3DRC-24-0000724)

ORDER DISMISSING APPEAL FOR LACK OF JURISDICTION
(By:  Leonard, Acting Chief Judge, Hiraoka and Guidry, JJ.)

On January 15, 2025, self-represented Defendants-Appellants Aron Deutsch and Emily Wessel (together, **Tenants**) filed a notice of appeal from a January 15, 2025 interlocutory district court order striking a document they filed.  We take judicial notice under Rule 201 of the Hawaiʻi Rules of Evidence that the District Court of the Third Circuit, Kona Division, started trial on November 1, 2024, and on December 24, 2024, ordered the parties to submit proposed findings by January 21, 2025.

Hawaii Revised Statutes § 641-1(a)(2016) permits appeals in civil matters from all final judgments, orders, or decrees of the district courts.  The January 15, 2025 order which Tenants appeal from is not a final appealable order.

Therefore, IT IS HEREBY ORDERED that this appeal is dismissed for lack of jurisdiction. All pending motions, including Tenants' January 16, 2025 Motion for Stay Pending Appeal, are dismissed.

DATED: Honolulu, Hawaiʻi, February 5, 2025.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge